No. 92–1219. LEIGHTON *v.* DREXEL BURNHAM LAMBERT GROUP, INC., ET AL. C. A. 2d Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 92–1306. ALAMO *v.* MILLER ET AL. C. A. 8th Cir. Motion of Susan Groulx et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–6546. CALDWELL *v.* SECRETARY OF VETERANS AFFAIRS ET AL. C. A. Fed. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–6727. BAKER *v.* DEPARTMENT OF THE ARMY. C. A. D. C. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–7352. VAN DER JAGT *v.* UNITED STATES CONGRESS. C. A. 5th Cir. Certiorari before judgment denied.

No. 92–8060 (A–717). SANTANA *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.